Veraso Medical Supply Corp., as Assignee of Boalds, Janet, Appellant, 
against
Victoria Fire & Casualty Company, Respondent.




The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Kevin J. Philbin, for respondent (no brief filed).

Appeal from an order of the Civil Court of the City of New York, Kings County (Devin P. Cohen, J.), entered August 22, 2016. The order granted defendant's motion for summary judgment dismissing the complaint.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff appeals from an order of the Civil Court which granted defendant's motion for summary judgment dismissing the complaint on the ground that written notice of the accident had not been submitted to defendant within 30 days of its occurrence as required by 11 NYCRR 65-1.1.
Plaintiff's argument as to defendant's practices and procedures regarding the mailing of the denial of claim form lacks merit (see St. Vincent's Hosp. of Richmond v Government Empls. Ins. Co., 50 AD3d 1123 [2008]). 
As plaintiff raises no other argument, the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: May 03, 2019